UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON.PATRICK J.DUGGAN
CIVIL NO.11-10460

GARY COLLINS, ET.AL,

    Plaintiff(s),

-v-

CHO KWANG DO MARTIA ARTS INTERNATIONAL, INC.,

    Defendant(s).
_____/


ORDER OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan on October 2, 2012.


PRESENT:  THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for lack of progress pursuant to Local Rule 41.2 has been sent to counsel of record.  The Court  received a response requesting 30 days to file dismissal and no such dismissal has been submitted; therefore

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is DISMISSED.


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  October 2, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 2, 2012, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager